UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**Alexander R. Deanda**,

       Plaintiff,

v.

**Xavier Becerra**, et al.,

       Defendants.

Case No. 2:20-cv-00092-Z

**DECLARATION OF ALEXANDER R. DEANDA**

I, Alexander R. Deanda, declare as follows:

1. My name is Alexander R. Deanda. I am over 21 years old and fully competent to make this declaration.

2. I have personal knowledge of each of the facts stated in this declaration, and everything stated in this declaration is true and correct.

3. I am the father of three daughters under the age of 18.

4. I am a Christian, and I am raising each of my daughters in accordance with Christian teaching on matters of sexuality, which requires unmarried children to practice abstinence and refrain from sexual intercourse until marriage.

5. I wish to be informed if any of my children are accessing or attempting to access prescription contraception and other family-planning services. And I do not want my children to obtain or use these drugs or services unless I consent, in accordance with my statutory rights as a parent under section 151.001(6) of the Texas Family Code.

6. The law of Texas protects my rights as a parent by prohibiting individuals or entities from distributing prescription contraception to minors without parental consent. *See* Tex. Family Code § 151.001(6); Tex. Family Code § 32.003.

7.  The defendants' administration of the Title X program, however, is flouting the law of Texas by making prescription contraception (and other family-planning services) available to the children of every parent in Texas without their knowledge or involvement.

8.  By administering a federal program that offers prescription contraception and other family-planning services to children, and by enabling children to obtain these drugs and services without parental consent, the defendants are inflicting injury on me and every parent in the United States who wishes to be informed if their children are accessing or attempting to access prescription contraception and other family-planning services, or who wishes to prevent their children from obtaining or using these drugs or services without their consent.

9.  These injuries include, but are not limited to: (a) The loss of our statutory rights as parents under 151.001(6) of the Texas Family Code, as we no longer have the right secured by Texas law to consent before our children use or obtain prescription contraception; (b) The subversion of our authority as parents, as our children now have the ability to use or obtain prescription contraception or other family-planning services behind our backs and without parental knowledge or permission; (c) The loss of assurance that our children will be unable to access prescription contraception or other family-planning services that facilitate sexual promiscuity and pre-marital sex; and (d) the weakening of our ability to raise our children in accordance with the teachings of the Christian faith, which prohibits pre-marital sexual activity regardless of whether contraception or family-planning devices are used.

   This concludes my sworn statement. I declare under penalty of perjury that the facts stated in this declaration are true and correct.

*Alex Deanda*
Alex Deanda (Jul 23, 2021 21:36 CDT)

ALEXANDER R. DEANDA