UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**Alexander R. Deanda**,

        Plaintiff,

v.

**Xavier Becerra**, et al.,

        Defendants.

Case No. 2:20-cv-00092-Z

### PLAINTIFF'S NOTICE TO THE COURT

On February 15, 2022, this Court denied Mr. Deanda's motion for class certification without prejudice and offered the plaintiff an opportunity to file a renewed motion by March 15, 2022 (ECF No. 45). Mr. Deanda declines to submit a renewed motion for class certification and wishes to pursue his claims as an individual litigant rather than a class representative.

        Respectfully submitted.

        /s/ Jonathan F. Mitchell
        Jonathan F. Mitchell
        Texas Bar No. 24075463
        Mitchell Law PLLC
        111 Congress Avenue, Suite 400
        Austin, Texas 78701
        (512) 686-3940 (phone)
        (512) 686-3941 (fax)
        jonathan@mitchell.law

Dated: March 15, 2022         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on March 15, 2022, I served this document through CM/ECF upon:

A%%MBER R%%ICHER
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
 (202) 514-3489
amber.richer@usdoj.gov

*Counsel for Defendants*

                                 /s/ Jonathan F. Mitchell
                                 J%%ONATHAN F. M%%ITCHELL
                                 *Counsel for Plaintiff*