IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALEXANDER R. DEANDA, on behalf of himself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-092-Z |
| XAVIER BECERRA, in this official capacity as Secretary of Health and Human Services, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

On February 15, 2022, when denying Plaintiff's Motion to Certify Class (ECF No. 32), Defendants' Motion for Summary Judgment (ECF No. 26), and Plaintiff's Cross-Motion for Summary Judgment (ECF No. 30), the Court permitted parties to again move for summary judgment "in the event the case proceeds under a narrower class." ECF No. 45 at 11. On March 15, 2022, Plaintiff elected to proceed as an individual plaintiff. ECF No. 46 at 1. The Court has not heard from parties since. Accordingly, the Court **ORDERS** parties to file a joint status report, detailing any further necessary proceedings in this case, **on or before Wednesday, June 29, 2022**. Parties must propose deadlines for any further necessary proceedings — including any previously continued pre-trial and trial deadlines. *See* ECF No. 43 at 1.

**SO ORDERED**.

June 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE