UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

**Alexander R. Deanda**,

         Plaintiff,

v.

**Xavier Becerra**, et al.,

         Defendants.

Case No. 2:20-cv-00092-Z

### JOINT STATUS REPORT AND
### MOTION TO SET BRIEFING SCHEDULE

On June 21, 2021, the Court ordered the parties to submit a status report and propose briefing deadlines for the Court's consideration (ECF No. 47). The parties have conferred and respectfully ask the Court to approve the following summary-judgment briefing schedule:

> The plaintiff will file his motion for summary judgment on or before July 25, 2022.

> The defendants' consolidated response to the plaintiff's motion for summary judgment and defendants' cross-motion for summary judgment will be due on August 19, 2002.

> The plaintiff's consolidated reply brief in support of his motion for summary judgment and response to the defendants' cross-motion for summary judgment will be due on September 9, 2022.

> The defendants' reply brief in support of their cross-motion for summary judgment will be due on September 23, 2022.

The parties fully expect this case to be resolved on the motions for summary judgment. If the Court denies each of the competing summary-judgment motions, then the parties will confer at that time about proposed pre-trial and trial dates, as well as any other issues following the court's summary-judgment ruling.

A proposed order is attached.

Respectfully submitted.

/s/ Jonathan F. Mitchell  
JONATHAN F. MITCHELL  
Texas Bar No. 24075463  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law  

*Counsel for Plaintiff*

Dated: June 29, 2022

/s/ Amber Richer  
AMBER RICHER  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street NW  
Washington, D.C. 20530  
(202) 514-3489  
amber.richer@usdoj.gov  

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on June 29, 2022, I served this document through CM/ECF upon:

AMBER RICHER
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
 (202) 514-3489
amber.richer@usdoj.gov

*Counsel for Defendants*

                                         /s/ Jonathan F. Mitchell
                                         JONATHAN F. MITCHELL
                                         *Counsel for Plaintiff*