IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALEXANDER R. DEANDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-092-Z |
| | § | |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, *et al.*, | § § § § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is parties' Joint Status Report and Motion to Set Briefing Schedule ("Motion") (ECF No. 48), filed June 29, 2022. The Court adopts parties' proposed briefing schedule and **ORDERS**:

- Plaintiff must file his motion for summary judgment **on or before July 25, 2022**;

- Defendants must file their consolidated response to Plaintiff's motion for summary judgment and Defendants' cross-motion for summary judgment **on or before August 19, 2022**;

- Plaintiff must file his reply brief in support of his motion for summary judgment and response to Defendants' cross-motion for summary judgment **on or before September 9, 2022**;

- Defendants must file their reply brief in support of their cross-motion for summary judgment **on or before September 23, 2022**.

ECF No. 48 at 1.

**SO ORDERED**.

July 5, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE