UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |
|---|---|
| **Alexander R. Deanda**, on behalf of himself and others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **Jessica Swafford Marcella**, in her official capacity as Deputy Assistant Secretary for Population Affairs; **United States of America**,<br><br>               Defendants. | Case No. 2:20-cv-00092-Z |

## MOTION FOR SUMMARY JUDGMENT

Plaintiff Alexander R. Deanda respectfully moves for summary judgment, as there are no genuine issues of material fact and the plaintiff is entitled to judgment as a matter of law.

## SUMMARY

In conformity with Local Rule 56.3(a)(1), Mr. Deanda states the elements of each claim on which summary judgment is sought:

**Claim 1: The Title X statute (42 U.S.C. § 300(a)) does not preempt section 151.001(6) of the Texas Family Code.** To prevail on this claim, Mr. Deanda must show that there is no conflict between the requirements of 42 U.S.C. § 300(a)) and the requirement of section 151.001(6) of the Texas Family Code.

**Claim 2: The Secretary's interpretation of 42 U.S.C. § 300(a)) and his administration of the Title X program violates the constitutional right of parents to direct the upbringing of their children.** Parents have a constitutional right to

direct the upbringing of their children. *See Pierce v. Society of Sisters*, 268 U.S. 510 (1925); *Meyer v. Nebraska*, 262 U.S. 390 (1923). To prevail on this claim, Mr. Deanda must show that the Secretary's interpretation of 42 U.S.C. § 300(a)) and his administration of the Title X program violates the constitutional right of parents to direct the upbringing of their children.

The accompanying brief sets forth our arguments and authorities. A proposed order is attached.

Respectfully submitted.

D. Bryan Hughes
Texas Bar No. 00793995
Law Office of D. Bryan Hughes
110 North College Avenue, Suite 207
Tyler, Texas 75702-7221
(903) 581-1776 (phone)
bryan@hughesfirm.com

H. Dustin Fillmore III
Texas Bar No. 06996010
Charles W. Fillmore
Texas Bar No. 00785861
The Fillmore Law Firm, LLP
1200 Summit Avenue, Suite 860
Fort Worth, Texas 76102
(817) 332-2351 (phone)
(817) 870-1859 (fax)
dusty@fillmorefirm.com
chad@fillmorefirm.com

Dated: July 25, 2022

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Alex Yarbrough
Texas Bar No. 24079615
Riney & Mayfield LLP
320 South Polk Street, Suite 600
Amarillo, Texas 79101
(806) 468-3202 (phone)
(806) 376-4509 (fax)
ayarbrough@rineymayfield.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on  July 25, 2022, I served this document through CM/ECF upon:

Amber Richer
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
 (202) 514-3489
amber.richer@usdoj.gov

*Counsel for the Defendants*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*
