UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Alexander R. Deanda**, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**Xavier Becerra**, in his official capacity as Secretary of Health and Human Services; **Jessica Swafford Marcella**, in her official capacity as Deputy Assistant Secretary for Population Affairs; **United States of America**,<br><br>   Defendants. | Case No. 2:20-cv-00092-Z |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The plaintiff's motion for summary judgment is GRANTED. The parties shall, within 14 days of this Court's order, confer and submit a final judgment (or competing proposals of a final judgment) for this Court to sign.

Dated: _____

        _____
        MATTHEW J. KACSMARYK
        UNITED STATES DISTRICT JUDGE