IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALEXANDER R. DEANDA,<br><br>    *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; JESSICA SWAFFORD MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; UNITED STATES OF AMERICA,<br><br>    *Defendants*. | Civil Action No. 2:20-cv-92-Z |

**[DEFENDANTS' PROPOSED] JUDGMENT**

On December 8, 2022, the Court entered an Opinion and Order, ECF No. 63, GRANTING Plaintiffs' Motion for Summary Judgment, ECF No. 50, and DENYING Defendants' Motion for Summary Judgment, ECF No. 52. Consistent with that Opinion and Order, the Court now issues the following relief:

1. The Court **GRANTS** summary judgment for Plaintiff on Claim No. 1 and Claim No. 2 of the Complaint, ECF No. 1.

2. The Court **DENIES** Defendants' motion for summary judgment, ECF No. 52.

3. The Court **DISMISSES** with prejudice Claim No. 3 of the Complaint, ECF No. 1, as Plaintiff has abandoned that claim, *see* ECF No. 14, 61.

4. The Court **DECLARES** that Defendants' administration of the Title X program without requiring parental consent before a Title X grantee may provide Plaintiff's minor children with contraception violates Plaintiff's parental rights under the

    Fourteenth Amendment to the U.S. Constitution and Texas Family Code section 151.001(a)(6).

5. The Court further **DECLARES** that, because 42 U.S.C. § 300(a) does not preempt Texas Family Code section 151.001(a)(6), the State of Texas may enforce the parental consent requirement with respect to Plaintiff and his minor children and any interactions they may have with Title X grantees in Texas.

6. The Court **ORDERS** that, within thirty days of this Judgment, Plaintiff's counsel shall provide Defendants' counsel the names and dates of birth of each of Plaintiff's minor children. Defendants may provide this information to Title X grantees in Texas, who may then provide it to their subgrantees, for use and distribution only as necessary in accordance with this Judgment and consistent with the Court's Opinion and Order, ECF No. 63.

7. [The Court **ENJOINS** Defendants to provide information identifying Plaintiff's minor children to Title X grantees in Texas with instructions to respect Plaintiff's parental-consent right as described in the Court's Opinion and Order, ECF No. 63.][1]

This final judgment fully and finally resolves all remaining claims in this suit and is appealable. The Court DENIES all other relief not expressly granted herein.

    Judgment is rendered accordingly.

Date: _____                   _____

                                                                                         HON. MATTHEW J. KACSMARYK
                                                                                         United States District Judge

---

[1] As noted above, Defendants maintain that any injunctive relief would be inappropriate, particularly in light of Plaintiff's failure to address the factors bearing on the appropriateness of injunctive relief, including the balance of harms and the public interest.