IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALEXANDER R. DEANDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-092-Z |
| | § | |
| XAVIER BECERRA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Opposed Motion to Strike Notice of Plaintiff's Proposed Final Judgment ("Motion") (ECF No. 66), filed on December 20, 2022. The Court **ORDERS** Plaintiff to respond to the Motion **on or before December 22, 2022**. Defendants may file any reply **on or before December 23, 2022**. Based on parties' briefing, the Court will amend the Final Judgment, if necessary.

**SO ORDERED**.

December 20, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE