IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALEXANDER R. DEANDA, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 2:20-cv-92-Z |
| XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; JESSICA SWAFFORD MARCELLA, in her official capacity as Deputy Assistant Secretary for Population Affairs; UNITED STATES OF AMERICA, | ) |
| *Defendants*. | ) |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that all Defendants in the above-named case appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Final Judgment, ECF No. 67, entered in this action on December 20, 2022, as well as all prior orders and decisions that merge into the judgment, including the Court's December 8, 2022 Memorandum Opinion and Order, ECF No. 63, and the Court's January 4, 2023 Order, ECF No. 72.

Dated:  February 16, 2023               Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        MICHELLE BENNETT
                                        Assistant Branch Director

                                        /s/ *Amber Richer*
                                        AMBER RICHER (CA Bar No. 253918)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, D.C. 20530
                                        Tel: (202) 514-3489
                                        Email: amber.richer@usdoj.gov

                                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I electronically transmitted the foregoing to the parties and the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.

/s/ *Amber Richer*
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov