Certified as a true copy and issued as the mandate on May 06, 2024

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 12, 2024
Lyle W. Cayce
Clerk

---

No. 23-10159

---

Alexander R. Deanda, *on Behalf of Himself and Others Similarly Situated*,

*Plaintiff—Appellee*,

*versus*

Xavier Becerra, *in his official capacity as Secretary of Health and Human Services*; Jessica Swafford Marcella, *in her official capacity as Deputy Assistant Secretary for Population Affairs*; United States of America,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:20-CV-92

---

Before Richman, *Chief Judge,* and Haynes and Duncan, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART, and RENDERED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.